UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
-------------------------------------------------------
:
AMANDA THOMPSON,                    :     Case. No. 1:14-CV-1197
                                    :
    Plaintiff,                      :
                                    :
v.                                  :     OPINION & ORDER
                                    :     [Resolving Docs. 121, 122]
CITIZENS NATIONAL BANK, et al.,     :
                                    :
    Defendants.                     :
                                    :
-------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

    In late November, 2016, Plaintiff Thompson served subpoenas on upon (1) Butler Snow LLP, Defendants' law firm; (2) Cincinnati Insurance Company, Defendant CNB's professional liability insurance carrier; and (3) Collins, Roche, Utley & Garner, LLC, Defendants' local counsel.[1] Plaintiff generally requested production of engagement letters and communications regarding fees, retainers, and hourly rates in the case, and that the recipients appear at an attorney fees hearing on December 8, 2016 before this Court.[2] On December 5 and 6, 2016, Defendants filed motions to quash the subpoenas, arguing that Defense counsel's billing practices are privileged and also irrelevant to whether Plaintiff's requested attorney fees are reasonable.[3]

    The Court disagrees. The requested information is relevant to evaluating the reasonableness of Plaintiff's requested attorney fees and Defendants' objections to said request. Therefore, the Court **DENIES** Defendants' motions to quash and compels representatives of each subpoenaed party to attend the December 8, 2016 hearing at 10:00 a.m.

---

[1] Docs. 121-1, 121-2, 122-2.
[2] *See id*.
[3] Doc. 121-3 at 1-2; Doc. 122-1 at 1.

Case No.14-cv-1197
Gwin, J.

IT IS SO ORDERED.


Dated: December 7, 2016                    *s/        James S. Gwin*
                                           JAMES S. GWIN
                                           UNITED STATES DISTRICT JUDGE